NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALL CRANE RENTAL OF FLORIDA,
LLC,

      Appellant,

v.

                         Case No. 2D18-676

NORMAN HUDDY, JAMES
DANDRIDGE, and MAXIM CRANE
WORKS, L.P.,

      Appellees.

_____

Opinion filed February 13, 2019.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

Courtney B. Wilson of Littler Mendelson,
P.C., Miami, for Appellant.

Jason J. Quintero, Lori Y. Baggett, and
Matthew J. Conigliaro of Carlton Fields,
Tampa; and Kurt A. Miller of Clark Hill
PLC, Pittsburgh, Pennsylvania, for
Appellees.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and NORTHCUTT and BADALAMENTI, JJ., Concur.